Isaac Bing and Samuel Bing, copartners doing business under the firm name and style of I. & S. Bing, Plaintiffs in Error, vs. S. J. Sligh and Syd Sligh, copartners doing business under the firm name and style of S. J. Sligh & Company, and John Trice, Garnishee, Defendants in Error.

Writ of error to Circuit Court, Hillsborough county; W. A. Carter, Referee.

C. C. Whitaker and P. O. Knight, for Plaintiffs in Error.

Gunby & Gibbons and William Hunter, for Defendants in Error.

This action was brought by the plaintiffs in error against the defendants in error. There was judgment for the defendants and the plaintiffs take writ of error. The judgment is affirmed.

Decision *Per Curiam.*